**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**03-0619**

**STATE OF LOUISIANA**

**VERSUS**

**MARCUS ALLEN**

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 35147
HONORABLE MARILYN CASTLE, DISTRICT JUDGE

**********

**JOHN D. SAUNDERS
JUDGE**

**********

Court composed of Sylvia R. Cooks, John D. Saunders, and Jimmie C. Peters, Judges.

**AFFIRMED.**

**Mike Carson**
**District Attorney**
**P.O. Box 175**
**Abbeville, LA 70511-0175**
**(337) 898-4320**
**COUNSEL FOR PLAINTIFF/APPELLEE**
  **State of Louisiana**

**Richard J. Putnam, III**
**Assistant District Attorney**
**P.O. Box 175**
**Abbeville, LA 70511-0175**
**(337) 898-4320**
**COUNSEL FOR PLAINTIFF/APPELLEE**
  **State of Louisiana**

**Edward Baumann**
**Louisiana Appellate Project**
**P.O. Box 1641**
**Lake Charles, LA 70502-1641**
**(337) 491-0570**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Marcus Allen**